**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Ricky Cooper
    _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    NA
    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Victor Baker on behalf of heirs of Ricky Cooper, Deceased.
    _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Illinois
    _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Illinois
_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Illinois
_____

7. District Court and Division in which venue would be proper absent direct filing:

Central District of Illinois, Springfield Division
_____

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

  €  G2® Express (G2®X) Vena Cava Filter

  €  Eclipse® Vena Cava Filter

  €  Meridian® Vena Cava Filter

  €̶  Denali® Vena Cava Filter

  €  Other: _____

11. Date of Implantation as to each product:

  10/13/2014
  _____

  _____

12. Counts in the Master Complaint brought by Plaintiff(s):

  X  Count I:  Strict Products Liability – Manufacturing Defect

  X  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

  X  Count III:  Strict Products Liability – Design Defect

  X  Count IV:  Negligence - Design

  X  Count V:  Negligence - Manufacture

  X  Count VI:  Negligence – Failure to Recall/Retrofit

  X  Count VII:  Negligence – Failure to Warn

  X  Count VIII:  Negligent Misrepresentation

  X  Count IX:  Negligence *Per Se*

  X  Count X:  Breach of Express Warranty

  X  Count XI:  Breach of Implied Warranty

  X  Count XII:  Fraudulent Misrepresentationmber 16, 2010

- ☒ Count XIII:   Fraudulent Concealment

- ☒ Count XIV:   Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐ Count XV:    Loss of Consortium

- ☒ Count XVI:   Wrongful Death

- ☐ Count XVII:  Survival

- ☒ Punitive Damages

- ☐ Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this  15  th day of   May   , 20 19 .

MCSWEENEY/LANGEVIN LLC

By: /s/ David M. Langevin

David M. Langevin
Rhett A. McSweeney
2116 2nd Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff(s)